UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

CHERYL PILLAR,

                         Plaintiff,

                                                              ORDER
            v.                                                12-CV-355A

TAKHAR GROUP COLLECTION
SERVICES, LTD.,

                         Defendant.

═══════════════════════════════════

        The above-referenced case was referred to Magistrate Judge H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 21, 2012,

Magistrate Judge Schroeder filed a Report and Recommendation, recommending that

plaintiff's motion for default judgment be granted in part.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's

motion for default judgment is granted in part.

        In accordance with the conclusion set forth in Magistrate Judge

Schroeder's Report and Recommendation, the Clerk of Court shall enter judgment in

favor of plaintiff as follows: (1) $250.00 statutory damages for FDCPA violations; (2)

$1,380 attorney's fees; and (3) $425.00 costs; and then shall take all necessary steps

to close the case.

SO ORDERED.

*s/ Richard J. Arcara*

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: December 13, 2012